UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOSEPH STAFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>DOSS, et al.,<br><br>    Defendants. | Case No. 16-cv-03269-LB<br><br>**ORDER OF TRANSFER** |

    Joseph Stafford, an inmate at the California Rehabilitation Center in Riverside County, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining about events and omissions that occurred while he was housed at the California State Prison -Solano in Vacaville. Vacaville is in Solano County, which is within the venue of the Eastern District of California. Some or all of the defendants apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint appears to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the

1 | Eastern District of California. The clerk shall transfer this matter.

2 | **IT IS SO ORDERED.**

3 | Dated: June 17, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH STAFFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>DOSS, et al.,<br><br>    Defendants. | Case No.  3:16-cv-03269-LB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph  Stafford ID: V-88805
CRC 308-6-Low
PO Box 3535
Norco, CA 92860

Dated: June 17, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER

3